(September 28, 1954.)

■

In the Matter of 81 REALTY INC., Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Breitel, Bastow and Botein, JJ.

■

In the Matter of the Arbitration between PRINCETON RAYON CORP., Appellant, and GAYLEY MILL CORPORATION, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Breitel, Bastow and Botein, JJ.

■

FELIX KEPPICH, Respondent, v. J. HENRY SCHRODER BANKING CORPORATION, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Breitel, Bastow and Botein, JJ.

■

TRANS WORLD AIRLINES, INC., Respondent, v. UNITED AIRCRAFT CORPORATION, Appellant, et al., Defendants.— Order insofar as appealed from affirmed unanimously, with $20 costs and disbursements to the respondent. Present — Peck, P. J., Dore, Breitel, Bastow and Botein, JJ. [See post, p. 948.]

■

In the Matter of the Arbitration between CENTRAL STATES PAPER & BAG Co., INC., Appellant, and CHICOPEE MILLS, INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Breitel, Bastow and Botein, JJ.

■

In the Matter of ADAR COMPANY, INC., Respondent, against IRVING COHEN et al., Individually and as Copartners Doing Business under the Name of " SMILEY CASUALS ", et al., Appellants.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Breitel, Bastow and Botein, JJ.

■

In the Matter of JEM REALTY CORP., Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent.— Order unanimously affirmed, with $20 costs and disbursments to the respondent. No opinion. Present — Peck, P. J., Dore, Breitel, Bastow and Botein, JJ.

■

DORA BAROCAS, Appellant, v. JACOB M. DEUTSCH et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Dore, Breitel, Bastow and Botein, JJ. [See post, p. 889.]